**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                Petitioners,                              20 **CIVIL** 7008(ER)

     -against-                                    **JUDGMENT**

JAIDAN INDUSTRIES INC.,

                Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2021, the petition is granted and the arbitration award is conformed. Judgment is entered in favor of Petitioners in the amount of $5,142.23, plus 6.75% annual interest from the date of the Award April 4, 2020 through the judgment date in the amount of $517.32. Jaidan Industries is also ordered to pay $1,868 in attorneys' fees and $70 in costs arising from this petition. This judgment shall accrue post-judgment interest pursuant to 28 U.S.C. § 1916; accordingly, the case is closed.

**Dated:**  New York, New York
September 30, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: *[signature: David J. Thomas]*

**Deputy Clerk**
